FILED
**United States Court of Appeals**
**Tenth Circuit**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**
_____

**February 5, 2024**

**Christopher M. Wolpert**
**Clerk of Court**

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

JOSHUA DECKER,

    Defendant - Appellant.

No. 22-6197
(D.C. No. 5:20-CR-00332-SLP-1)
(W.D. Okla.)

_____

**ORDER AND JUDGMENT**[*]
_____

Before **HOLMES**, Chief Judge, **PHILLIPS** and **MORITZ**, Circuit Judges.
_____

The government moves to enforce Joshua Decker's appeal waiver. Through counsel, Mr. Decker "acknowledges that his appeal waiver is enforceable under the standard set out in *United States v. Hahn*, 359 F.3d 1315 (10th Cir. 2004) (en banc)." Resp. at 1. Based on the parties' positions and our independent review, we grant the motion to enforce the appeal waiver. We dismiss this appeal. This decision does not diminish any postconviction rights that Mr. Decker retained in his plea agreement.

                                    Entered for the Court
                                    Per Curiam

---

[*] This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. It may be cited, however, for its persuasive value consistent with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.